05/25/2023                                                                                              Judge Thomas M Renn

| 10:00 22-60998-tmr11 | B&G Property Investments, LLC - db | DOUGLAS R RICKS |
|---|---|---|
|  | US Trustee, Eugene - ust | JONAS ANDERSON |

**Matter: Confirmation Hearing; Motion to Allow Claim: Creditor Charles McGlade's Motion to Temporarily Allow Claim for Purposes of Voting on Debtor's First Amended Plan of Reorganization; and Debtor's Motion to Strike Re: 148 Motion to Allow Claim: Creditor Charles McGlade's Motion to Temporarily Allow Claim for Purposes of Voting on Debtor's First Amended Plan of Reorganization; and Response Thereto**

Additional Appearances: Holly Hayman, Attorney for Unsecured Creditors' Committee; Timothy Solomon, Attorney for Creditor Launchpad Financial, LLC; Joseph Kellerman and Melisa Button, Attorneys for Creditors Forge Trust and Alan Thomashefsky; Eric Kekel, Attorney for Creditor Charles McGlade; Michael Yoshida, Attorney for Creditors Stanley and Susan Ruff

Summary of Proceedings

Mr. Ricks discussed the debtor's position on the pending motions and how to proceed in the confirmation hearing and in the case.
The court engaged Mr. Solomon, Ms. Hayman, Mr. Anderson, and Mr. Kekel in a discussion regarding their clients' positions on the confirmation hearing and how to proceed in this case. Mr. Kekel agreed to further discussions on the motions related to his client at the hearing currently set for May 30, 2023.
Mr. Solomon, Ms. Hayman, Mr. Anderson, and Mr. Ricks discussed Mr. Solomon's client's recently filed motion to dismiss.

Order to be prepared by:         _____ Clerk's Office         _____ Chambers         Other:

Minute Order:
The court denied confirmation of the debtor's first amended plan dated April 7, 2023, ECF No. #134.
The motion to dismiss filed by Launchpad Financial, LLC, will be set for hearing on June 23, 2023, at 9:00 a.m., by video. The court will send separate notice of the hearing. Witness and Exhibit lists, along with Exhibits, must be filed at least 7 days prior to the hearing. As applicable, the parties should use the same exhibits and identifiers as for today's hearing. When responses are filed, the pending motions will be set for hearing at a date and time after the June 23, 2023, hearing. The Motion to Allow Claim: Creditor Charles McGlade's Motion to Temporarily Allow Claim for Voting on Debtor's Amended Plan (ECF No. 148) and Debtor's Motion to Strike Charles McGlade's motion (ECF No. 152) will be discussed at the hearing set for May 30, 2023. The court extended to May 31, 2023, the deadline for the debtor to file a response to the Motion to Allow Claim: Creditor Charles McGlade's Motion to Temporarily Allow Claim for Purposes of Voting on Debtor's First Amended Plan of Reorganization (ECF No. 148).

It is So Ordered:

*/s/ Thomas M Renn*
U.S. Bankruptcy Judge