In re:  Case No. 22-60998-tmr
B&G Property Investments, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-6     User: Admin.     Page 1 of 3
Date Rcvd: May 26, 2023     Form ID: NOHIH     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | B&G Property Investments, LLC, 724 S Central Ave, Suite 106, Medford, OR 97501-7808 |
| smg | + | Oregon Attorney General, Department of Justice, 1162 Court St NE, Salem, OR 97301-4096 |
| crcm | + | Bob Swangard, 2885 Arline Way, Eugene, OR 97403-2527 |
| acc | + | John Warekois, John Warekois, CPA LLC, 1150 Crater Lake Ave, Suite I, Medford, OR 97504-6213 |
| cr | + | Keith Y Boyd, 724 S Central Ave #106, Medford, OR 97501-7808 |
| crcmch | + | Stanley J Ruff, 1920 SE 44th Ave, Portland, OR 97215-3129 |
| 102379438 | + | Allen Thomashefsky, Trustee, c/o Joseph E. Kellerman, Hornecker Cowling LLC, 14 N Central Ave, Ste 104, Medford, OR 97501-5912 |
| 102379437 | + | Allen Thomashefsky, Trustee, 129 Almond Street, Ashland, OR 97520-2642 |
| 102379444 | + | Allen Thomashefsky,Trustee of the, David W. Doner, Jr, Separate Prop. Trust, Joseph E. Kellerman, 14 N. Central Ave., Ste 104, Medford, OR 97501-5912 |
| 102379439 | + | Art & Pam Lumley, 14 Hawthorne Street, Medford, OR 97504-7116 |
| 102379440 | + | Betty Golden, 580 W 35th Pl, Eugene, OR 97405-2360 |
| 102379441 | + | Bob & Ina Swangard, 2885 Arline Way, Eugene, OR 97403-2527 |
| 102379442 | + | Charles McGlade, 4055 Spring Blvd., Eugene, OR 97405-5808 |
| 102432454 | + | City of West Point, PO Box 487, 730 1st Ave, West Point, GA 31833-1518 |
| 102379443 | + | Curtis & Kathy Liu, 5624 Griffin Drive, Hahira, GA 31632-2524 |
| 102379445 | + | DEGI II Productions, PO Box 4667, Medford, OR 97501-0188 |
| 102379446 | + | DEGI II Productions, LLC, c/o Heather Graham, RA, 200 Church Street, Lagrange, GA 30240-2712 |
| 102379448 | + | DJ&M Development Corp., c/o Keith Boyd, RA, 724 S Central Ave, Ste 106, Medford, OR 97501-7808 |
| 102379449 | + | DJ&M Development Corporation, PO Box 4667, Medford, OR 97501-0188 |
| 102379447 | + | Dennis Wartenbee, c/o Jean Wartenbee, 5416 S Abbey, Mesa AZ 85212-8427 |
| 102379451 | + | Forge Trust Co., c/o Secretary, RA, 401 E 8th St, Ste 222, Sioux Falls, SD 57103-7008 |
| 102379450 | + | Forge Trust Co., c/o Joseph E. Kellerman, Hornecker Cowling LLC, 14 N Central Ave, Ste 104, Medford, OR 97501-5912 |
| 102379452 | + | Forge Trust Co., fba Allen Thomashefsky, 129 Almond Street, Ashland, OR 97520-2642 |
| 102379453 | + | Grove Trust, PO Box 4707, Medford, OR 97501-0192 |
| 102379456 | + | IRA Services Trust Company, CFBO, Allen Thomashefsky (Payee), Traditional IRA Account #48533, c/o 129 Almond Street, Ashland, OR 97520-2642 |
| 102379454 | + | Iler LLC, c/o Patrick Iler, RA, 507 E Vilas Rd., Central Point, OR 97502-3234 |
| 102379455 | + | Iler, LLC, 507 E Vilas Rd., Central Point, OR 97502-3234 |
| 102379457 | + | Joe & Frankie Franell, PO Box 166, Hermiston OR 97838-0166 |
| 102379458 | + | John Morrison, PO Box 7047, Cave Creek, AZ 85327-7047 |
| 102379460 | + | KYB, LLC, 724 S. Central Avenue, Suite 106, Medford, OR 97501-7808 |
| 102379461 | + | KYB, LLC, c/o Keith Boyd, RA, 724 S Central Ave, Suite 106, Medford, OR 97501-7808 |
| 102379459 | + | Keith Boyd, 724 S Central Ave, Ste 106, Medford, OR 97501-7808 |
| 102379463 | + | Launchpad Financial LLC, c/o Mike Morley, RA, 775 W 1200 N, Ste 100, Springville, UT 84663-3070 |
| 102379462 | | Launchpad Financial LLC, 775 W 12th N. Ste 100, Springville UT 84663 |
| 102379464 | + | Launchpad Financial, LLC, c/o Todd Robinson, Atty, Robinson & Franzman, LLP, 191 Peachtree St NE #2600, Atlanta, GA 30303-1769 |
| 102399784 | + | Launchpad Financial, LLC, Timothy A. Solomon, Leonard Law Group LLC, 4110 SE Hawthorne Blvd., PMB 506, Portland, OR 97214-5246 |
| 102384751 | + | Michael A. Yoshida, MB Law Group LLP, 117 SW Taylor St., #200, Portland, OR 97204-3029 |
| 102379465 | + | Mike Zoller, 3259 Coker Butte Road, Medford, OR 97504-9064 |
| 102379466 | + | Patrick F. Golden, 1282 Goodpasture Island Road, Apartment 341, Eugene, OR 97401-7304 |
| 102379467 | + | Stan & Susan Ruff, 1920 SE 44th Avenue, Portland, OR 97215-3129 |
| 102384735 | + | Stanley J. Ruff and Susan Ruff, Michael A. Yoshida, Esq., MB Law Group LLP, 117 SW Taylor St., Ste 200, Portland, OR 97204-3029 |
| 102397879 | | State of Oregon, c/o Ellen Rosenblum, Attorney General, Oregon Department of Justice, 1162 Court St, NE, Salem, OR 97301-4096 |
| 102379468 | + | Terry Matthews, Trustee of the Matthews Family Trust, 1581 South A Street, Springfield, OR 97477-5245 |
| 102379469 | + | Tricia Boyd, 21107 S. Hwy 99E, Oregon City, OR 97045-9744 |

| | | |
|---|---|---|
| 102432046 | + | Troup County Tax Commissioner, 100 Ridley Ave, Lagrange, GA 30240-2724 |
| 102379470 | + | United Consulting Group, LTD, 625 Holcomb Bridge Road, Norcross, GA 30071-2045 |
| 102379471 | + | United Consulting Group, LTD, c/o Reza Abree, RA, 625 Holcomb Bridge Rd., Norcross, GA 30071-2045 |
| 102379472 | + | Wartenbee Family LP, P.O. Box 563, Sioux Falls, SD 57101-0563 |
| 102379473 | + | Wartenbee Family LP, c/o Dean R. Wartenbee, RA, 2900 East Whitetail Pl, Sioux Falls, SD 57103-4806 |
| 102379474 | + | William Chancelor Phillips, 3024 Hidden Forest Ct #7104, Marietta, GA 30066-3162 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bankruptcy.revenue@oregon.gov | May 26 2023 23:56:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | May 26 2023 23:56:00 | US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | May 26 2023 23:47:49 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102397874 | | Email/Text: usaor.bankruptcy@usdoj.gov | May 26 2023 23:56:00 | IRS, Attn: Civil Process Clerk, U.S. Attorney, District of Oregon, 1000 SW 3rd, #600, Portland, OR 97204-2936 |
| 102397873 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2023 23:56:00 | IRS, Attn: Attorney General of United States, 950 Pennsylvania Ave. NW, Washington, DC 20530-0009 |
| 102397876 | + | Email/Text: spradlta@jacksoncounty.org | May 26 2023 23:57:00 | Jackson County Assessor's Office, Jackson County Courthouse, 10 South Oakdale Ave, Rm 300, Medford, OR 97501-2902 |
| 102397877 | + | Email/Text: bankruptcy.revenue@oregon.gov | May 26 2023 23:56:00 | ODR, ATTN: Bankruptcy Unit, 955 Center St NE, Salem, OR 97301-2555 |
| 102397878 | ^ | MEBN | May 26 2023 23:48:08 | ODR, c/o Ellen Rosenblum, Attorney General, Oregon Department of Justice, 1162 Court St, NE, Salem, OR 97301-4096 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Charles McGlade, 4055 Spring Blvd., Eugene, OR 97405-5808 |
| crcm | *+ | Charles McGlade, 4055 Spring Blvd., Eugene, OR 97405-5808 |
| 102397875 | *+ | IRS, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 102384703 | * | IRS, PO Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023    Signature:    /s/Gustava Winters

NOHIH (1/8/20) jth

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 26, 2023

Clerk, U.S. Bankruptcy Court

BY **jth** DEPUTY

In re
**B&G Property Investments, LLC**
Debtor(s)

Case No. **22–60998–tmr11**

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Final Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 6/23/23   **TIME:** 09:00 AM

**LOCATION:** Video Hearing – To connect, see www.orb.uscourts.gov/video–hearings

to consider and act upon the following:

Motion to Dismiss Case. Reason: cause under 11 USC 1112(b)(1) Filed by Creditor Launchpad Financial, LLC

If this hearing pertains to a filed document that includes a response deadline, any response must be filed and served by that deadline. If no timely response is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the response deadline has passed to determine whether the hearing will be held.

Clerk, U.S. Bankruptcy Court