Melisa A. Button, OSB #116113
Hornecker Cowling LLP
14 N. Central Ave., Ste. 104
Medford, OR 97501
mab@roguelaw.com
Of Attorneys for Forge Trust and Thomashefsky

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>B&G PROPERTY INVESTMENTS, LLC,<br><br>                Debtor. | Case No. 22-60998-tmr11<br>Chapter 11<br><br>RESPONSE TO MOTION TO DISMISS<br>(Doc. 179) |

### RESPONSE

Creditors Forge Trust and Thomashefsky, Trustee ("Creditors") hereby respond to Launchpad Financial, LLC's Motion to Dismiss (Doc. 179) as follows:

Pursuant to 11 U.S.C. 1112(b)(1), if this Court finds that there is cause to convert or dismiss this case, Creditors request that the case be converted to a Chapter 7, as conversion would be in the best interests of creditors and the estate compared to dismissal. A Chapter 7 trustee would likely obtain a much higher sale price of the Property compared to foreclosure by Launchpad Financial. A Chapter 7 trustee would also be able to bring claims for equitable subordination and fraudulent transfer to avoid DJ&M's trust deed for the benefit of unsecured creditors. Launchpad Financial would not be unduly prejudiced by conversion. If there is clearly no equity in the Property, then a Chapter 7 trustee would abandon the Property.

1-RESPONSE

For the foregoing reasons, conversion would better serve the interests of creditors and the estate compared to dismissal, for purposes of Section 1112(b)(1).

DATED:  May 31, 2023.

HORNECKER COWLING, LLP

/s/ Melisa A. Button
Melisa A. Button, OSB No. 116113
Of Attorneys for Forge Trust and Thomashefsky

2-RESPONSE

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, the foregoing Response was served electronically via ECF to all parties included on the Court's CM/ECF electronic service list.

Dated: May 31, 2023.

/s/ Melisa A. Button
Melisa A. Button, OSB No. 116113
Of Attorneys for Forge Trust and Thomashefsky

3-RESPONSE