| | | |
|---|---|---|
| 05/30/2023 | | Judge Thomas M Renn |
| 02:00 22-60998-tmr11 | B&G Property Investments, LLC - db | DOUGLAS R RICKS |
| | Charles McGlade - crd | ERIC KEKEL |

**Matter: Continued Hearing on Debtor's Objection to Claim #5 of Charles McGlade, and Response Thereto**

Additional Appearances: None

Summary of Proceedings

The court engaged Mr. Ricks and Mr. Kekel in a discussion regarding the pending motions and the pending objection related to Charles McGlade's proof of claim including the scheduling of a hearing on creditor Charles McGlade's motion to temporarily allow claim for purposes of voting on debtor's first amended plan. The status of the claim objection and the schedule included in the joint management document (ECF No. 180) were also discussed.

Determination of the Court

The court approved the proposed schedule regarding the objection to claim included in the joint case management document (ECF No.180). Mr. Kekel to lodge an order.

A hearing on creditor Charles McGlade's motion to temporarily allow claim for purposes of voting on debtor's first amended plan (ECF No. 148) and debtor's motion to strike Charles McGlade's motion to temporarily allow claim (ECF No. 152) to be set for July 27, 2023, at 10:00 a.m. by video. The court will send out separate notice. Debtor's response to the motion is due by June 30, 2023. Memoranda, witness and exhibit lists, and electronically filed exhibits are due by July 20, 2023.

Debtor's motion to strike Charles McGlade's objection to the first amended plan (ECF No.178) will remain pending.

Order to be prepared by: _____ Clerk's Office _____ Chambers Other: Eric Kekel

Minute Order: