**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
 **B&G Property Investments, LLC**
Debtor(s)

)
) Case No.  **22–60998–tmr11**
)
)
) NOTICE OF
) HEARING
)
)

June 2, 2023

Clerk, U.S. Bankruptcy Court

BY **jth** DEPUTY

**PLEASE TAKE NOTICE** that  a Hearing at which testimony  will be received if offered and admissible, will be held:

    **DATE:** 7/27/23     **TIME:** 10:00 AM

    **LOCATION:**   Video Hearing – To connect, see www.orb.uscourts.gov/video–hearings

to consider and act upon the following:

Motion to Allow Claim Creditor Charles McGlade's Motion to Temporarily Allow Claim for Purposes of Voting on Debtor's First Amended Plan of Reorganization and Supporting Document(s). Filed by Creditor Charles McGlade; and Motion to Strike Filed by Debtor B&G Property Investments, LLC Re: Motion to Allow Claim Creditor Charles McGlade's Motion to Temporarily Allow Claim for Purposes of Voting on Debtor's First Amended Plan of Reorganization

If this hearing pertains to a filed document that includes a response deadline, any response must be filed and served by that deadline. If no timely response is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the response deadline has passed to determine whether the hearing will be held.

Clerk, U.S. Bankruptcy Court